IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY ANNE CRAIGIE, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 24-00078-KD-MU |
| EQUIFAX INFORMATION SERVICES LLC and JP MORGAN CHASE BANK, N.A., | ) |
| Defendants. | ) |

## ORDER

This action is before the Court on the Joint Stipulation of Dismissal of Defendant JP Morgan Chase Bank N.A., only, with prejudice (doc. 47). Defendant Equifax Information Services, LLC did not sign the joint stipulation. Therefore, the joint stipulation was not signed by all parties who have appeared in this action, and is not effective. See City of Jacksonville v. Jacksonville Hospitality Holdings, 82 F. 4th 1031 (11th Cir. 2023) (finding that a joint stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) must be signed by all parties who have appeared, including dismissed parties, to be effective).

However, the Court will consider the Joint Stipulation as a motion made pursuant to Fed. R. Civ. P. 41(a)(2) which provides for voluntary dismissal at Craigie's request "on terms that the court considers proper." Accordingly, Craigie's motion for dismissal with prejudice is GRANTED and this action is dismissed with prejudice as to JP Morgan Chase Bank N.A.

**DONE** and **ORDERED** this 17th day of March 2025.

s / Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE